Case 1:23-mj-00321-MAU   Document 1-1   Filed 1

Case: 1:23-mj-00321
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/28/2023
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant, Agent ▮▮▮▮▮▮▮▮▮ is a Special Agent assigned to the Federal Bureau of Investigation ("FBI") assigned to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I am currently assigned to the Domestic Terrorism squad of the FBI's ▮▮▮▮▮▮▮▮▮. In my duties as a special agent, I am responsible for the investigation of federal criminal offenses. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

WITNESS REPORTS

After these events on January 6, 2021, the FBI received numerous tips from members of the public concerning the individuals who unlawfully entered the restricted grounds and Capitol building. I was assigned to investigate a tip that identified BRENT MELDRUM as someone who was unlawfully present inside the U.S. Capitol. The person who submitted the tip had seen pictures and videos on TikTok and Twitter of MELDRUM exiting one of the Capitol's doorways during the riots. The tipster ("Witness 1") stated that he knows MELDRUM personally and has known him for several years. Witness 1 saw pictures and videos on from TikTok and Twitter of MELDRUM exiting one of the Capitol's doorways during the siege. The tip also included a link from the TikTok video https://vm.tiktok.com/ZMJwdCgAE.

Witness 1 included the following photographs and identified MELDRUM as the man with the facial hair, dark coat, and gray hat:





The FBI also interviewed a witness ("Witness 2") who worked with MELDRUM, and knew him personally for over a year. The witness identified MELDRUM in the photos above as the man in the black jacket and gray beanie.

## MELDRUM'S ACTIVITIES AT THE CAPITOL

Your affiant has reviewed MELDRUM's Massachusetts driver's license photograph. I have reviewed video footage and still images that were taken in the vicinity of the Capitol on January 6, 2021, including body-worn camera ("BWC") footage from Metropolitan Police Department ("MPD") officers who responded to the Capitol on that date and footage and social media posts that has been made publicly available on the internet. I also reviewed footage from Capitol Closed-Circuit Television ("CCTV") from January 6, 2021.

On or about December 21, 2021, I interviewed Meldrum at his residence. MELDRUM refused to discuss the events that occurred at the Capitol building on January 6, 2021. Based on the Massachusetts driver's license photograph and on in-person observations of MELDRUM, your affiant recognizes the person in the black jacket and the gray beanie in the photos above and below as MELDRUM.

Based on my review of CCTV footage, at approximately 3:06 p.m. on January 6, 2021, MELDRUM entered the Senate Wing door on the east side of the first floor of the Capitol building without authorization. Based on the footage, MELDRUM had a cellular device in his hand.



(*MELDRUM circled in red*)

According to CCTV footage, MELDRUM turned right and walked down the hallway headed south. He glanced down multiple times at his cellular device.



(*MELDRUM circled in red*)



*(MELDRUM circled in red)*

According to CCTV footage, at or around 3:10 p.m., MELDRUM walked to the area in the Capitol building known as the Crypt. Based on the footage, MELDRUM had a cellular device in his hand and appeared to be taking videos.



*(MELDRUM circled in red)*



Then, based on the CCTV footage, MELDRUM walked south towards the House Chambers around 3:12 p.m.



*(MELDRUM circled in red)*



*(MELDRUM circled in red)*

According to CCTV footage, MELDRUM spent about fifteen minutes in the area known as the Crypt. While in the Crypt, MELDRUM yelled and he raised his fist in the air chanting with other rioters. At other times, MELDRUM circled the crowd in the Crypt. Based on the footage, MELDRUM had a cellular device in his hand which he raised multiple times in a manner consistent with capturing video.



According to CCTV footage, MELDRUM remained in the Crypt for about ten minutes and the Capitol Police removed MELDRUM from the Capitol Building at around 3:33 p.m..

According to records obtained through a search warrant to Google, a mobile device associated with an e-mail address bearing MELDRUM's name was present at the U.S. Capitol on January 6, 2021. The FBI served a Subpoena on Google, whose subscriber records confirmed that the e-mail address is registered to Brent Meldrum. In this case, Google location data shows that a device associated with a gmail account was within the U.S. Capitol at approximately at 2:52 p.m. and exits at approximately 4:04 p.m.. Google records show that the "maps display radius" for this location data was either within or approximately within a 100 foot radius, which encompasses an area that is partially within the U.S. Capitol Building. Based on information lawfully received from T-Mobile, cellular telephone number XXX-XXX- 7888 was registered to MELDRUM on or about January 6, 2021 and was associated with the Google account.

MELDRUM'S SOCIAL MEDIA

As part of the investigation, I located MELDRUM's Twitter account. I know that this is MELDRUM'S account because the Witness 1 corresponded with MELDRUM confirmed to me that it is MELDRUM'S account, and because the Twitter handle corresponds with MELDRUM'S full name—Brent Meldrum. The user who corresponds with MELDRUM provided the FBI with a Twitter exchange the tipster had with MELDRUM discussing the 2020 election. I reviewed an exchange between MELDRUM and Witness 1 on or around December 2020 in which Meldrum states his belief that former President Trump won the 2020 election.

Open-source searches of news sites revealed that the MELDRUM's twitter account re-tweeted (meaning, re-posted someone else's Tweet) a post from another Twitter account, which appears to depict plans for an organized caravan to Washington D.C. using the hashtag #MidnightRide. The caravan plans were originally posted on January 2, 2021. This portion of the retweet by MELDRUM's re-tweet is pasted here:



Additionally, according to records obtained through a search warrant to Twitter, MELDRUM's account tweeted multiple times about January 6, 2021. Based on my review of the

Twitter records, MELDRUM tweeted and retweeted multiple times in January 2021 about the certification of the election.

On or about January 3, 2021, based on my review of the records Twitter provided, MELDRUM retweeted the following image:



On or about January 4, 2021, based on my review of the records Twitter provided, MELDRUM retweeted:

"@▇▇▇▇▇▇▇: @LLinWood Its paramount that all Americans storm DC on January 6th Individually we are weak, together we are strong like a…"

On or about January 6, 2021, at around 1:06 PM, based on my review of the records Twitter provided, MELDRUM retweeted:

"@LLinWood: MUST BE DONE LIST before Congress meets today: 1. Mike Pence @vp @Mike_Pence must resign & thereafter be charged with TREASON!"

CHARGES SUPPORTED BY PROBABLE CAUSE

Based on the foregoing, your affiant submits that there is probable cause to believe that Meldrum violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of

Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

      Your affiant submits there is also probable cause to believe that Meldrum violated 40 U.S.C. § 5104(e)(2)(D) and (G), which make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings



Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28th day of November 2023.

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE