AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Brent Meldrum<br><br>*Defendant* | Case: 1:23-mj-00321<br>Assigned to: Judge Upadhyaya, Moxila A.<br>Assign Date: 11/28/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Brent Meldrum__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 11/28/2023

*Complainant's signature*

City and state: Washington, D.C.

Honorable Moxila A. Upadhyaya,
*United States Magistrate Judge*

### Return

This warrant was received on *(date)* 11/28/23, and the person was arrested on *(date)* 12/04/23
at *(city and state)* Chelsea, Massachusetts.

Date: 12/04/23

*Arresting officer's signature*

Brian Gutierrez Special Agent
*Printed name and title*