UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 1:23-mj-321 |
| | : | |
| **BRENT MELDRUM,** | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO CONTINUE THE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The defendant, Brent Meldrum, by and through undersigned counsel, requests a 60-day continuance of the status conference set for August 13, 2024, and exclude time under the Speedy Trial Act. In support of the consent motion, the defendant states as follows:

1. Brent Meldrum is charged with Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(a)(2); Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104(e)(2)(D); and Parading, Demonstrating or Picketing in the Capitol Buildings in violation of 40 U.S.C. § 5104(e)(2)(G).

2. There is currently a status conference set for August 13, 2024, at 1:00 P.M.

3. The Government produced voluminous discovery which the defendant and counsel have reviewed. The parties have entered into plea negotiations which are ongoing. A 60-day continuance will allow the parties to continue plea negotiations and contemplate any offer made by the government.

4. The parties have agreed upon a 60-day continuance and suggest a new status conference date of October 14, 2024, October 15, 2024, or October 16, 2024. If the Court is unavailable, the parties and the Court can work together to find another date that is available to all.

5. The government consents to this motion.

6. Mr. Meldrum consents to the exclusion, under the Speedy Trial Act, of the time between August 13, 2024, and the next court date.

For the foregoing reasons, the defendant requests the Court to continue the August 13, 2024, status conference, and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), for the reasons detailed above.

Respectfully submitted,

Brent Meldrum
By counsel


*s/s Lance Sobelman            .*
Lance A. Sobelman, Esq.
Law Offices of Russell C. Sobelman, LLC
152 The Lynnway
Lynn, MA 01902
(781) 581-1300


*s/s Andrew M. Stewart         .*
Andrew M. Stewart, Esq.
2007 15th Street North, Suite 201
Arlington, Virginia 22201
office: 703-248-0626

CERTIFICATE OF SERVICE

On this 9th day of August 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

<u>*s/s Andrew M. Stewart*</u>     .
Andrew M. Stewart, Esq.